IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 25-5012-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: W0873982 |
| vs. | Location Code: M23F |
| ETHAN G. FREAR, | UNOPPOSED MOTION TO ACCEPT FINE AND VACATE INITIAL APPEARANCE |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $70 fine and $30 processing fee for violation W0873982 (for a total of $100), and for good cause shown, **IT IS ORDERED** that the $100 fine paid by the defendant is accepted as a full adjudication of violation W0873982. **IT IS FURTHER ORDERED** that the initial appearance scheduled for March 6, 2025, is **VACATED.**

DATED this 6th day of February, 2025.

_____
John Johnston
United States Magistrate Judge